■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v OTIS CHAPMAN, Appellant.—Appeal by the defendant from a judgment of the County Court, Nassau County (Goodman, J.), rendered May 24, 1989.

Ordered that the judgment is affirmed *(see, People v Pellegrino,* 60 NY2d 636). Mangano, P. J., Kunzeman, Kooper, Sullivan and O'Brien, JJ., concur.